

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/27/21_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
DAISY PABON

                Plaintiff,          21 Civ. 745 (LLS)

      - against -                  ORDER

THE STOP AND SHOP SUPERMARKET
COMPANY, LLC,

                Defendant.
- - - - - - - - - - - - - - - - - -X

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        May 27, 2021

                      *Louis L. Stanton*
                      LOUIS L. STANTON
                      U.S.D.J.